IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | ) ) ) | 2:08-cv-02878-GEB-GGH |
| Plaintiff, | ) ) | ORDER CONTINUING STATUS (PRETRIAL |
| v. | ) ) | SCHEDULING) CONFERENCE |
| HCM BROTHERS, INC., d/b/a Cedar Inn & Suites; FU SHEN HSIAO, | ) ) ) | |
| Defendants. | ) ) | |

        Plaintiff states in its status report filed on March 16, 2009, that it "plans to file a motion for default judgment against both Defendants in April 2009." If the referenced motion is not filed in April 2009, Plaintiff shall show cause in a filing due on the first Monday in May 2009 why this action should not be dismissed for failure of prosecution.

        The status (pretrial scheduling) conference scheduled in this case for March 30, 2009, is continued to September 21, 2009 at 9:00 a.m. Plaintiff shall file a status report not later than fourteen days prior to the September 21 scheduling conference, in

which Plaintiff is only required to explain the status of the default motion.

IT IS SO ORDERED.

Dated: March 22, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge