IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., | |
| Plaintiff, | CIV. NO. S-08-2878 GEB GGH |
| vs. | |
| HCM BROTHER, INC. d/b/a CEDAR INN & SUITES, and FU SHEN HSIAO, | |
| Defendants. | ORDER |

Plaintiff's application for default judgment presently is calendared for hearing on June 11, 2009. Having reviewed the record, the court has determined that oral argument would not be of material assistance in determining the pending motion. Accordingly, the court will not entertain oral argument, and will determine the motion on the record, including the briefing in support of the pending motion. See E.D. Cal. L.R. 78-230(h).

Accordingly, IT IS ORDERED that:

1. The June 11, 2009 hearing on the application for default judgment, filed April 30, 2009, is vacated; and

2. The motion is submitted on the record.

DATED: June 9, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:AAA2878.vac.wpd

1