1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  THE AMERICAN AUTOMOBILE            )
    ASSOCIATION, INC.                  )
12                                     )    2:08-cv-02878-GEB-GGH
                   Plaintiff,          )
13                                     )    ORDER
              v.                       )
14                                     )
    HCM BROTHERS, INC. d/b/a CEDAR INN )
15  & SUITES, and FU SHEN HSIAO,       )
                                       )
16              Defendants.            )
                                       )
17
              In an order issued on April 6, 2010, Defendants were held in
18
    contempt of court for their continued violation of the permanent
19
    injunction issued on October 29, 2009, which enjoined Defendants from
20
    using, without authorization, any of Plaintiff's trademarks.  The
21
    April 6 order instructed Defendants that if they did not cease all
22
    remaining unauthorized use of Plaintiff's trademarks, including use on
23
    two webpages,[1] by April 19, 2010, a bench warrant could issue for the
24
    immediate arrest of Defendant Fu Shen Hsiao.  A hearing was held on
25

26
_____
27      [1]     The     two     webpages     are     located     at
    http://www.cedarinntahoe.com/ski%20package.htm     and
28  http://www.cedarinntahoe.com/season_package.htm.

                                    1

1   April 19, 2010, at which Plaintiff's counsel opined that Defendants

2   remained in violation of the permanent injunction through their

3   continued, unauthorized use of Plaintiff's trademark on the two

4   webpages.  Defendants did not appear at the April 19 hearing.

5            On April 20, 2010, Plaintiff filed a proposed order

6   providing for the issuance of a bench warrant and the immediate arrest

7   of Defendant Fu Shen Hsiao.  Plaintiff attached to its proposed order

8   evidence that Defendant Fu Shen Hsiao is the registrant for the domain

9   name CEDARINNTAHOE.COM, which hosts the infringing webpages; however,

10  Plaintiff has not shown that after April 19, 2010, Defendants continue

11  to violate the permanent injunction.  This evidence is a prerequisite

12  to the issuance of a bench warrant requiring the United States Marshal

13  service to seize Defendant Fu Shen Hsiao.

14           However, since Plaintiff has shown that the $3,888 in

15  attorneys' fees and costs previously requested is reasonable,

16  Defendants shall pay Plaintiff a remedial sanction of $3,888 as

17  provided in the April 6 order.

18           Since Plaintiff's counsel has informed the Court that

19  Defendants have repeatedly refused to accept documents sent from

20  Plaintiff's counsel, the Clerk of the Court shall serve by mail a copy

21  of this order and the order filed on April 6, 2010 on Defendant Fu

22  Shen Hsiao at Cedar Inn & Suites, 890 Stateline Avenue, South Lake

23  Tahoe, California 96150.

24  Dated:  April 21, 2010

25

26  _____
    GARLAND E. BURRELL, JR.
27  United States District Judge

28