UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:08CV02878-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| FU SHEN HSIAO, ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __FU SHEN HSIAO__, Case No. __2:08CV02872-GEB__, ~~Charge~~ _pursuant to order given in court on 4/27/10._ from custody ~~subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:~~

✓ ~~Release on Personal Recognizance~~

___ Bail Posted in the Sum of $___

___ Unsecured Appearance Bond

___ Appearance Bond with 10% Deposit

___ Appearance Bond with Surety

___ Corporate Surety Bail Bond

___ (Other) ___

Issued at __Sacramento, CA__ on __April 28, 2010__ at __11:59 am__.

By _/s/_
Garland E. Burrell
United States District Judge

Original - U.S. Marshal